**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 23-cv-23995-BLOOM/Otazo-Reyes**

HOWARD COHAN,

     Plaintiff,

vs.

AIRPORT HOTEL GROUP, LTD.,
d/b/a HAMPTON INN & SUITES MIAMI
AIRPORT SOUTH BLUE LAGOON,

     Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, AIRPORT HOTEL GROUP,

LTD., d/b/a HAMPTON INN & SUITES MIAMI AIRPORT SOUTH BLUE LAGOON

("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give

notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this

matter and are in the process of finalizing settlement documents. The Parties respectfully request

that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30)

days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 22nd day of November, 2023.

| BY: _s/ Jason S. Weiss_ | BY: _s/ Adam S. Chotiner_ |
|---|---|
| Jason S. Weiss | Adam S. Chotiner, Esq. |
| Jason@jswlawyer.com | Florida Bar No. 0146315 |
| Florida Bar No. 356890 | E-Mail: achotiner@sbwh.law |
| **WEISS LAW GROUP, P.A.** | **SHAPIRO, BLASI, WASSERMAN &** |
| 5531 N. University Drive | **HERMANN, P.A.** |
| Suite 103 | 7777 Glades Road, Suite 400 |
| Coral Springs, FL 33067 | Boca Raton, FL 33434 |
| Tel: (954) 573-2800 | Tel: (561) 477-7800 |
| | Fax: (561) 477-7722 |
| _Attorneys for Plaintiff_ | _Attorneys for Defendant_ |